PEOPLES BANK, Guardian of John Richardson, Appellant, v. UNITED STATES of America, Appellee.

No. 8376.

Circuit Court of Appeals, Sixth Circuit.

Dec. 11, 1940.

Vines, Hawkins & Bryant and S. J. Rose, all of Johnson City, Tenn., for appellant.

J. B. Frazier, Jr., of Knoxville, Tenn., for appellee.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record and exhibits thereto, the briefs and arguments of counsel, and it not clearly appearing that the veteran was totally and permanently disabled before the expiration of the war risk insurance policy sued on, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

UNITED STATES of America, Appellant, v. Thomas MANIACI et al., Appellees.

No. 8319.

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1940.

Francis T. McDonald, U. S. Atty., and Shelby B. Schurtz, Asst. U. S. Atty., both of Grand Rapids, Mich., and Samuel O. Clark, Jr., Asst. Atty. Gen., for appellant.

T. Gerald McShane and Smith, Strawhecker & Wetmore, all of Grand Rapids, Mich., for appellees.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, in consideration whereof, the court is of the opinion that there is no reversible error upon the record.

It is therefore ordered, adjudged and decreed that upon the grounds and for the reasons stated in the opinion of the District Court, 36 F.Supp. 293, and findings of fact and conclusions of law filed February 2, 1939, the decree appealed from be and the same is affirmed.

UNITED STATES of America, Appellant, v. William MOORE, Appellee.

No. 8396.

Circuit Court of Appeals, Sixth Circuit.

Nov. 11, 1940.

John C. Lehr, U. S. Atty., and Francis X. Norris, Asst. U. S. Atty., both of Detroit, Mich., and Julius C. Martin, Wilbur C. Pickett, and Keith L. Seegmiller, all of Washington, D. C., for appellant.

Fixel & Fixel, of Detroit, Mich., for appellee.

Before ALLEN, ARANT, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel, and it appearing to the court that there was substantial evidence that appellee became totally and permanently disabled within the life of the war risk insurance policy sued on, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.